United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SHUBHAM SHUBHAM,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil No. 5:26-cv-01156 |
| WARDEN<br>and UNITED STATES OF AMERICA,<br>*Defendant.* | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is the United States of America's Motion to Intervene. Dkt. No. 8. The Court must allow a party to intervene where they claim an interest in the outcome of the case, disposing of the matter would affect their ability to protect that interest, and the party is not adequately represented by existing parties. Fed. R. Civ. P. 24(a)(2). After due consideration, the Court finds that the United States meets these criteria in this habeas case. Moreover, intervention would not unduly delay or prejudice the adjudication of Petitioner's rights. *See* Fed. R. Civ. P. 24(b)(3). On the contrary, the Court finds that allowing the United States to intervene will expedite its adjudication. Accordingly, the United States of America's Motion to Intervene, Dkt. No. 8, is **GRANTED**.

The Clerk of Court is **DIRECTED** to file Dkt. No. 8-1 as Intervenor United States of America's Motion to Dismiss and Alternative Motion for Summary Judgment, with Dkt. Nos. 8-2, 8-3, and 8-4 as attachments. Additionally, the Clerk of Court is **DIRECTED** to mail a copy of this Order and a copy of Dkt. No. 8 by any receipted means to Petitioner at:

Shubham Shubham
A # 245-776-384
Rio Grande Detention Center
1001 San Rio Boulevard
Laredo, Texas 78046

IT IS SO ORDERED

Signed this July 6, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge